# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMY DANIEL,** <br><br> v. <br><br> **T-MOBILE USA, INC.** | **CIVIL ACTION** <br><br> **NO. 17-4873** |

## ORDER

**AND NOW** this 10th day of May, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 17), the response and replies thereto, and oral argument, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-4873 Daniel v TMobile\17cv4873 Order re MSJ.docx